92 P.3d 1062

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**June 30, 2004**

| | | |
|---|---|---|
| 24938 | Tsai v. Gloria Chi Realty, Inc. | Affirmed |

**July 9, 2004**

| | | |
|---|---|---|
| 24977 | State v. Galdones | Affirmed |

**July 12, 2004**

| | | |
|---|---|---|
| 25200 | Correa v. Hawaiian Airlines, Inc. | Affirmed |